IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.  10-cv-00076-WDM-KLM

FERNANDO HINE RENAULT, AND
HEIDY RIVERA CAMPOS,

    Plaintiffs,

v.

CITY & COUNTY OF DENVER,
OFFICER MARK MOORE,
OFFICER COLLEEN O'DELL,
OFFICER JOHN MCGRAIL, and
HASSAN KIASS d/b/a ALL POINTS EXECUTIVE TRANSPORTATION,

    Defendants.

_____

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**
_____

Miller, J.

    This matter is before me on the recommendation of Magistrate Judge Kristen L. Mix, issued December 8, 2010 (ECF No. 28), on the Order to Show Cause (ECF No. 27) issued November 19, 2010.  Plaintiffs failed to comply with the Order and failed to show cause why their case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). Plaintiff has not objected to this recommendation and is not entitled to *de novo* review. 28 U.S.C. § 636(b).

    I have reviewed the recommendation and agree with its analysis.

    Accordingly, it is ordered:

    1.    The recommendation issued December 8, 2010, by Magistrate Judge Mix

       is accepted.

2.    The Order to Show Cause (ECF No. 27) is made ABSOLUTE.

3.    Plaintiffs' case against Defendants is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(b).

DATED at Denver, Colorado, this 5th day of January, 2011.

BY THE COURT:

_____
Walker D. Miller
Senior United States District Judge